Dismissed and
Memorandum Opinion filed October 14, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00912-CR

____________

 

KENNETH FLOYD LUTHI, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 176th District Court

Harris County, Texas

Trial Court Cause No. 1252086

 

 

 



M E M O R
A N D U M   O P I N I O N

            Appellant entered a plea of guilty to driving while
intoxicated and was sentenced to confinement for six years in the Institutional
Division of the Texas Department of Criminal Justice.  A notice of appeal was
filed on September 17, 2010.  

            On October 1, 2010, the trial court conducted a hearing.  The
record of the hearing was filed in this court on October 4, 2010.  At the
hearing, appellant advised the trial court that he does not desire to prosecute
his appeal.

            Appellant has not filed a written motion to withdraw the
appeal or a written motion to dismiss the appeal.  See Tex. R. App. P. 42.2(a).  However,
based upon the testimony at the hearing that appellant does not want to
continue his appeal, we conclude that good cause exists to suspend the
operation of Rule 42.2(a) in this case.  See Tex. R. App. P. 2.

            Accordingly, we dismiss the appeal. 

PER CURIAM

 

 

Panel
consists of Justices Seymore, Boyce, and Christopher. 

Do Not
Publish — Tex. R. App. P.
47.2(b).